HIRAM HENLEIN, Respondent, *v.* HOLLIS L. POWERS, Appellant.

(Argued June 14, 1880; decided September 21, 1880.)

*Thomas V. Cator* for appellant.

*W. T. B. Milliken* for respondent.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.

In the Matter of the Petition of the NEW YORK PROTESTANT
EPISCOPAL PUBLIC SCHOOL to vacate an assessment.

An order of General Term reversing an order of Special Term, vacating
an assessment, without ordering a rehearing, is a final order appealable
to this court.

(Argued June 15, 1880; decided September 21, 1880.)

APPEAL from order of General Term reversing an order of
Special Term which vacated an assessment for a street improve-
ment in the city of New York. No rehearing was ordered.
*Held*, that the order of General Term was a final order appeal-
able to this court.

As to the merits, the court say: "The opinion in *In re
Robbins* (*ante*, p. 131) covers this case. The order vacating
the assessment should have been affirmed on the ground that
the work was not done by contract, pursuant to section 91 of
the charter of 1873."

*George C. Genet* for appellant.

*J. A. Beall* for respondent.

RAPALLO, J., reads for reversal of order of General Term,
and affirmance of that of Special Term.
All concur.
Ordered accordingly.